# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Ronnie Earl McDonald

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Law Enforcement
Detroit Police
Department 8th
Precinct

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:23-cv-13164
Assigned To : Murphy, Stephen J., III
Referral Judge: Morris, Patricia T.
Assign. Date : 12/12/2023
Description: PR MCDONALD V.
DETROIT POLICE DEPARTMENT ET AL (NA)

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ronnie McDonald

All other names by which you have been known:

ID Number:

Current Institution:

Address: 20111 Patton
Det Mi 48219

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Detroit Police Department
Job or Title (if known): 8th Precinct
Shield Number: See Attached.
Employer:
Address: 21555 W McNichols
Det M. 48219.

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(1) 4th Amendment Constitution Civil Right To Be Free From Unlawfull, Search, Seizure, and Arrest. (2) Defendants Failure To Mirandize Plaintiff (3) Defendants Arrested Plaintiff with A Rule 41.C Warrant or Legal Jurisdiction. 4) Unlawful Detention(S.) Denied Plaintiff Liberty

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Acted under the Color of State Law Enforcement, Employed by the Detroit Police Department when Plaintiff was Arrested and Detained Unlawfully and Charge with a Crime.

III. ~~Prisoner Status~~

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Statement of Claim.

On Jan 30th 2023 Plaintiff Believes his (1) 4th Amendment Civil Rights were Violated when; Defendant(s) Searched, Seized, Arrested Charged and Detained Plaintiff (4 months) PACC # 750.81 - Assault and Battery

2.) Defendant Violated Rule 41.0 when Defendant Arrested Plaintiff without a Warrant

3.) Defendant Failed To Read Plaintiff his Miranda Right.

4.) Plaintiff Believes Defendant Jan 30-2023 Arrest and 4 month Detainment was Unreasonable and Unlawfull, And Restricted Plaintiffs Freedom To (Liberty) Leave.

5.) Plaintiff Believes That The Defendants Actions Constitutes A Civil Rights Violation.

(See Attached)

7

Statement of Claim II
Jan 2 2019 Case # 1900053-01-FH
Felonious Assault, Felony Firearm
Possession of Firearm II

Defendants, had no warrant, search, seized, arrested, failed to read Miranda Rights and unlawfully denied Plaintiff liberty 3 months 29 day and violated Plaintiffs liberty

Parties

1) Detroit Police Department (5th. Precinct 21555 W McNichols Rd Detroit MI 48219

Plaintiff Request for Public Records, Officers Names Badge Numbers, Reports, Warrants Detention, Incident Medical Records Relative to Jan 30, 2023 Charges Case # 230.441.2301 Couldn't be obtained for Plaintiff. (see attached)

Witness: Cheryl Bomar
2011 Patton
Det. MI 48219
Cbomar1@gmail.com

For all the above reasons, Plaintiff files this lawsuit and states that: Under color of state laws that were clearly established at the time defendant(s) actions resulted in the deprivation of a constitutional right to be free ~~from unlawful arrest are~~ and protected from unreasonable search & seizures and unlawful arrest.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On Jan 30 2023, While In Law Enforcement Custody Plaintiff Became Hypertensive (Above normal) Blood Pressure To High To Be Processed or Admitted Into The Detroit Mound Rd. Detention Center. Underlying Conditions S.S.I. Disability Since 2013 (see attached #2) Post Traumatic Stress, Bipolar, High Blood Pressure, Ex. Con 31 yrs Imprisoned; Fix Income Plaintiff Had To Be Transported To Detroit Receiving Hospital For Emergency Treatment, Then Back To Detroit Detention Center. Where Plaintiff Was Detained. Until 2/ 2023.

Physical & Mental Anguish,
4th Amendment Civil Rights Misconduct. By Law Enforcement

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Now Comes Plaintiff Ronnie McDonald To Ask This Honorable Court To Award Plaintiff Monetary; Punitive Damages In The Amount of $450,000.00 For Physical - 4 months Detained/Detention Mental When Defendants Unlawfully Detains Plaintiffs. The Experience of Violence And Authority Abuse is Traumatic. PTS, Bipolar, High Blood Pressure. Cause Physical Anguish as well. Punish Defendants For Violation of my 4th Amendment Constitutional Civil Rights. Award Plaintiff; Court Costs. For Filing This 42. USC 1983 Complaint (See Attached)

8

**Additional Information:** Plaintiff Filed: July 3, 2023 C.R.R. Charles. 76585, B PC 23-522. B.O.P.C. Office Chief Investigator: Complaint.

Compel Discovery. Case # 23-0-441.2301 Defendants Police Records, Reports, Warrants, Witnesses Statements, Incident Reports, Medical Records.

Legal Theory

To uncover a reasonable understanding of the facts and claims

(7) 4. In a civil action to compel a public record under Sec. 10. (7).(4) (5A)(B). Freedom of Information Act. F.O.I.A. MCL 15. 231, 2; MCL 15. 235. (4)

See Attached

United States Court For The
Eastern District of Michigan

Ronnie McDonald
    Plaintiff

                              Case No.
V.
Law Enforcement
Detroit Police Department
5th Precinct
          Defendant

      Summons In A Civil
           Action

Detroit Police Department 8th Precinct
21555 W McNichols Rd. Detroit M.
48219

A Lawsuit Has Been Filed Against you
within 21 Days After Service of
This Summons on you. Fed. R. CV. P
12. (A)(2) or 3
You Must Serve on Plaintiff An Answer
To The Attached Complaint or A motion
Under Rule 12 of Fed R CIV. P
The Answer or motion must Be
Served on Plaintiff whose Name And
Address Are. Ronnie McDonald
20111 Patton Det. M. 48219, mcdonald
Earl622@gmail.com

                           Ronnie McDonald

If you fail to respond, Judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of the Court

To: Michigan Department of
Attorney General

F.O.I.A. Coordinator
P.O. Box 30754
Lansing MI 48909

RE: Ronnie McDonald
20111 Patton St
Det. MI 48219
McDonaldEarl622@gmail.com

Subject:
Freedom of Information
Act. Request A23-
A23-08665 Dated
Sept. 25 2023.
Pursuant to Sec 5 (2) of the Act
MCL 15, 235 (2)

10/26/23 4:25 pm. Called.
313-237-5030

11/26/203. Mailed. This Letter.
To: Airfup @ Detroit MI.gov.

Ronnie McDonald
Ronnie McDonald
20111 Patton St
Detroit MI 48219
McDonaldEarl622@gmail.com

United States Court
For The Eastern District
Of Michigan

Nov. 2, 2023

Ronnie McDonald
    Plaintiff                 Case #

V.S.

Law Enforcement            Judge
Detroit Police Department
8th Precinct
    Defendants

## Affidavit

Now comes Plaintiff Ronnie McDonald and declares under penalty of perjury that the foregoing is true and correct to my knowledge.

Ronnie McDonald
2011 Patton
Det. MI 48219
McDonaldEar1622@gmail.com

11/6/23

Subscribed and sworn to me, in my presence, this 6 day of November 20 23, a Notary Public in and for the County of Wayne, MI
Dansheriyl Lewis
My Comm. Expires Sept 24 20 25

DANSHERIYL LEWIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Sept. 24, 2025
Acting in the County of Wayne

United States Court For
The Eastern District
of Michigan

Ronnie McDonald
    Plaintiff          Civil Action
                                  No.
V.

Law Enforcement
Detroit Police Dept.
  5th Precinct
      Defendant(s)

Certificate of Service
Plaintiff Ronnie McDonald declares under penalty of perjury that the foregoing is true and correct to my knowledge

On 12/6/23 I mailed (2) copies of 42 U.S.C. 1983 Complaint Too: United States Court For The Eastern District of Michigan 231 W Lafayette Blvd, Detroit Michigan 48206
(1) Copy Too Michigan Department Attorney General Office 525 W Ottawa, Lansing Mi. 48909

12/6/23
Date:

Ronnie McDonald
Ronnie McDonald
20111 Patton
Detroit Mi. 48219

United States Court For The
Eastern District of Michigan

Nov. 28. 2023

RE: Ronnie McDonald
20111 Patton
Detroit Mi 48219
mcdonaldearl6220@gmail.com
313-736-8532

Dear Clerk of The Court
Please Find For Filing

1. 42 U.S.C. 1983 Complaint To Sue,
For 4th Amendment Violation (s)

2. F.O.I.A. Request —

3. Application To Proceed In District
Court without Prepaying Fees
And Costs

4. Summons

5 Certificate of Service

Ronnie McDonald
Ronnie McDonald
20111 Patton
Det. Mi 48219.
Mcdonaldearl6220
gmail.com
11/28/23 12/6/23

